Matthew D. Carlson (State Bar No. 273242)
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (510) 239-4710
Email: mcarlson@carlsonlegalservices.com

Attorney for Plaintiff

Anthony C. White, admitted *pro hac vice*
THOMPSON HINE LLP
Trial Counsel
41 South High Street, Suite 1700
Columbus, Ohio  43215-6101
Telephone:  (614) 469-3200
Facsimile:  (614) 469-3361
Anthony.White@ThompsonHine.com

Brendan M. Brownfield
BURNHAM BROWN
1901 Harrison Street, 14th Floor, Oakland, CA 94612
Telephone:  (510) 835-6732
Facsimile:  (510) 835-6666
bbrownfield@burnhambrown.com

Attorneys for Defendant
DHL EXPRESS (USA), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE LINEWEBER,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC.,<br><br>Defendant. | **Case No.: 3:14-cv-05358-TEH**<br><br>**Hon. Thelton E. Henderson**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff Dale Lineweber filed a Complaint against Defendant in this Court on December 5, 2014;

WHEREAS, the parties have settled this matter in its entirety;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41, this action should be dismissed with prejudice. The parties further stipulate that they shall bear their own attorney's fees and costs except as provided in the parties' settlement agreement.

Dated: December 16, 2015                                Carlson Legal Services


                                                        By: _/s/ Matthew D. Carlson_____
                                                                Matthew D. Carlson
                                                                Attorney for Plaintiff


                                                        Thompson Hine LLP

                                                        By: /s/ Anthony C. White_____
                                                                Anthony C. White
                                                                Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/17/2015

_____
HONORABLE THELTON E. HENDERSON
United States District Judge